**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

FINO MARINE S.A.,

                Plaintiff(s),

    -against-

DZI et al.,

                Defendant(s).

------------------------------------------------------------X

08 Civ. 3878 (RMB)

**Richard M. Berman, U.S.D.J.:**

      Plaintiff having failed to appear before the Court on July 29, 2008 and not having advised the Court of a reason for Plaintiff's failure to appear, it is hereby

      **ORDERED**, the above-entitled action be, and the same hereby is, discontinued; provided, however, that within ten (10) days of the date of this Order, counsel for Plaintiff may upon good cause shown apply by letter for restoration of the action.

**SO ORDERED**.

Dated:  New York, New York
       July 29, 2008

**Hon. Richard M. Berman, U.S.D.J.**