NOURSE & BOWLES, LLP
Attorneys for Defendant
DZI GENERAL INSURANCE PLC
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
FINO MARINE S.A.,

                Plaintiff,

    - against -

DZI GENERAL INSURANCE PLC and
KREMIKOVTZI CORPORATION,

                Defendants.
-------------------------------------------------------X

08 Civ. 3878 (RMB)

**ORDER ON CONSENT RELEASING ATTACHMENTS, VACATING ATTACHMENTS ORDER AND DISMISSING ACTION AS AGAINST DEFENDANT, DZI GENERAL INSURANCE PLC**

    WHEREAS plaintiff, Fino Marine S.A. ("Plaintiff" or "Fino") commenced this action on or about April 24, 2008 to obtain security for claims against defendants, DZI General Insurance PLC ("DZI") and Kremikovtzi Corporation ("KC") (collectively "Defendants") pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure;

    AND WHEREAS the Court issued an order of attachment against both Defendants ("Order of Attachment") on April 25, 2008;

    AND WHEREAS Plaintiff, as best as is known to date, has received notice from the following garnishee banks that DZI's funds have been attached in the amount of $141,448.87 as follows (the "DZI Attached Funds"):

```
$  8,992.00 of DZI attached at JPMorgan Chase on or about 5/30/08
   1,641.87 of DZI attached at Citibank on or about 4/29/08
  68,850.00 of DZI attached at Citibank on or about 5/8/08
  61,965.00 of DZI attached at Citibank on or about 5/8/08
$141,448.87 Total
```

AND WHEREAS Fino has now settled its underlying claim against DZI and has agreed to accept $115,000 in full and final settlement and satisfaction of its claim against DZI which settlement is to be payable from the DZI Attached Funds, with the balance of same to be remitted as directed below;

IT IS NOW ORDERED AS FOLLOWS:

1. The following DZI Attached Funds in the amount of $115,000 are to be transferred to plaintiff's English solicitors, Ince & Co. (banking details: The Royal Bank of Scotland plc, 5-10 Great Tower Street, London, EC3P 3HX, United Kingdom, Account name: Ince USD Client Account, Number: INCE-USDC, IBAN: GB48RBOS 1663 0000 1057 60, Quoting "Jovial Duckling – settlement monies OW/GCH/8179/8187" when remitting funds):

```
$ 8,992.00 attached from attachment at JPMorgan Chase
  1,641.87 attached from attachment at Citibank
 68,850.00 attached from attachment at Citibank
 35,516.13 of the $61,965.00 from attachment at Citibank
```

2. The balance of the $61,965 attached at Citibank in the approximate amount of $26,448.87 (the exact amount of the $61,965 balance to be remitted under this clause is subject to any banking fees), together with any other unknown attached funds of DZI are to be wired pursuant to instructions that will be given to garnishee, Citibank, from Nourse & Bowles, LLP, attorneys for DZI.

3.  The Order of Attachment and all writs of attachment as to defendant, DZI, are vacated.

4.  This action as to defendant, DZI, is hereby dismissed, with prejudice, but without costs in favor of one party against the other.

Clerk to close this case. ~~[redacted]~~ RMB

Dated: New York, New York
       July 29 2008

_____
          RMB
         U.S.D.J.

We consent to entry of the foregoing order:

TISDALE LAW OFFICES, LLC.
Attorneys for Plaintiff
FINO MARINE, S.A.

By: _____
    Claurisse Campanale-Orozco (CC 3581)
    11 West 42nd Street, Suite 900
    New York, New York 10036
    (212) 354-0025


NOURSE & BOWLES, LLP
Attorneys for Defendant
DZI GENERAL INSURANCE PLC

By: _____
    Armand M. Pare, Jr. (AP 8575)
    One Exchange Plaza
    At 55 Broadway
    New York, NY 10006
    (212) 952-6200